IN THE UNITED STATES COURT OF FEDERAL CLAIMS

_____

No. 20-396T
(Judge David A. Tapp)

DOUGLAS L. WALLIS and MELISSA M. WALLIS,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

_____

PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL
_____

Pursuant to RCFC 41(a)(1)(A)(i), Plaintiffs Douglas L. Wallis and Melissa M. Wallis hereby give notice that the above-entitled action is voluntarily dismissed without prejudice against Defendant.

Respectfully submitted,

Dated: June 30, 2020

*Kathryn Magan*

KATHRYN MAGAN
Texas Bar No. 24107854
**Magan Law, PLLC**
K.Magan@Maganlawpllc.com
6051 Davis Blvd.
P.O. Box 820415
North Richland Hills, Texas 76180
Tel. (469) 550-0036
**ATTORNEY FOR PLAINTIFFS**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 30, 2020, a true and correct copy of the foregoing document was

served in accordance with the RCFC 5.3 through the Court's ECF system on all counsel of record.

*Kathryn Magan*
Kathryn Magan